UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14031-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MIGUEL ANGEL HERNANDEZ**,

    Defendant.
_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek M. Maynard on Defendant's Motion to Suppress Physical Evidence and Statements [ECF No. 49]. Defendant timely filed objections to three conclusions in the Report [ECF No. 51]. The Court has conducted a de novo review of the Report [ECF No. 49], Defendant's Objections, and the full record—including all of the filings on the Motion to Suppress [ECF Nos. 20, 28, 42], the transcript of the evidentiary hearing [ECF No. 48], and the exhibits admitted during the hearing [ECF Nos. 43–44]. Following such review, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 49] is **ACCEPTED**.

2. Defendant's Motion to Suppress [ECF No. 20] is **DENIED** for the reasons stated in the well-reasoned Report and Recommendation. The Court has considered Defendant's objections and does not see any basis in those objections or in the record as a whole to disturb the conclusions reached in the Report and Recommendation.

CASE NO. 23-14031-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 31st day of October 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record